IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICKEY JAMES BUCHHOLZ,<br><br>Defendant. | CR 21-58-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Mickey James Buchholz (Buchholz) has been accused of violating the conditions of his supervised release. Buchholz admitted all of the alleged violations. Buchholz's supervised release should be revoked. Buchholz should be placed in custody for 4 months, with 32 months of supervised release to follow. Buchholz should serve the first 60 days of his supervised release in a secure inpatient drug treatment facility such as Connections Corrections. Buchholz should be required to obtain full-time employment (40 hours per week) within 2 weeks of his release from the inpatient drug treatment facility.

## II. Status

Buchholz pleaded guilty to Wire Fraud on June 14, 2022. (Doc. 89). The Court sentenced Buchholz to 12 months of custody, followed by 3 years of supervised release. (Doc. 91). Buchholz's current term of supervised release began on February 15, 2023. (Doc. 96 at 1).

**Petition**

The United States Probation Office filed a Petition on July 26, 2023, requesting that the Court revoke Buchholz's supervised release. (Doc. 96). The Petition alleges that Buchholz violated the conditions of his supervised release: 1) by using marijuana; 2) by using methamphetamine on three separate occasions; and 3) by using cocaine. (Doc. 96 at 2).

**Initial appearance**

Buchholz appeared before the undersigned for his initial appearance on August 17, 2023. Buchholz was represented by counsel. Buchholz stated that he had read the petition and that he understood the allegations. Buchholz waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a joint revocation hearing in this case and in Cause CR 22-34-GF-BMM-JTJ on August 14, 2023. Buchholz admitted that he had violated the conditions of his supervised release: 1) by using marijuana; 2) by using methamphetamine on three separate occasions; and 3) by using cocaine. The violations are serious and warrant revocation of Buchholz's supervised release.

Buchholz's violations are Grade C violations. Buchholz's criminal history category is I. Buchholz's underlying offense is a Class C felony. Buchholz could be incarcerated for up to 24 months. He could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III. Analysis

Buchholz's supervised release should be revoked. Buchholz should be incarcerated for 4 months, with 32 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Buchholz should serve the first 60 days of his supervised release in a secure inpatient drug treatment facility such as Connections Corrections. Buchholz should be required to obtain full-time employment (40 hours per week) within 2 weeks of his release from the inpatient

drug treatment facility.

## IV.  Conclusion

The Court informed Buchholz that the above sentence would be recommended to Chief United States District Judge Brian Morris.  The Court also informed Buchholz of his right to object to these Findings and Recommendations within 14 days of their issuance.  The Court explained to Buchholz that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Mickey James Buchholz violated the conditions of his supervised release: by using marijuana; by using methamphetamine on three separate occasions; and by using cocaine.

The Court **RECOMMENDS:**

> That the District Court should revoke Buchholz's supervised release and commit Buchholz to the custody of the United States Bureau of Prisons for 4 months, with 32 months of supervised release to follow.  Buchholz should serve the first 60 days of his supervised release in a secure inpatient drug treatment facility such as Connections Corrections.  Buchholz should be required to obtain full-time employment (40 hours per week) within 2 weeks of his release from the inpatient drug treatment facility.  The sentence imposed in this case should run concurrent with the sentence imposed in Cause CR 22-34-GF-BMM-JTJ.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district judge, and may waive the right to appear and allocute before a district judge.

DATED this 18th day of August, 2023.

John Johnston
United States Magistrate Judge