IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br><br><br>MICKEY JAMES BUCHHOLZ ,<br><br>   Defendant. | CR-21-58-GF-BMM<br><br>**AMENDED ORDER ADOPTING FINDINGS AND RECOMMENDTIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 27, 2025. (Doc. 178.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 24, 2025 (Doc. 177.) The United States accused Mickey Buchholz (Buchholz) of violating the conditions of his supervised release by: (1) using methamphetamine on or closely prior to February 6, 2025; and (2) failing to comply with substance abuse testing requirements on February 14, 2025; by (3) admitting on May 7, 2025, to using methamphetamine twice during April of 2025; (4) admitting on May 20, 2025, to using methamphetamine on May 19, 2025; and (5) failing to show up to Compliance Monitoring Systems (CMS) on May 28, 2025; and testing positive for methamphetamine on June 11, 2025, with the results confirmed by Abbott Laboratories on June 18, 2025.  (Docs. 146, 164, 171 and 176.)

At the revocation hearings, Buchholz admitted that he had violated the conditions of supervised release as set forth in allegations 1-3 and 4 and 6 of the Petitions.  (Doc. 177.)

Judge Johnston found that violations Buchholz admitted prove serious and warrants revocation of his supervised release and recommends a term of custody 6 months, with 22 months of supervised release to follow. During the first six months of supervised release, Buchholz shall be placed in a secure in-patient substance abuse treatment facility as directed by his probation officer. (Doc. 178.)

The Court advised Buchholz of his right to appeal and to allocute before the undersigned. (Doc. 177.) Buchholz filed an objection to the Findings and Recommendations. (Doc. 179.)

The violations prove serious and warrant revocation of Buchholz's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 178) are **ADOPTED IN PART.  IT IS FURTHER ORDERED** that Mickey Buchholz be sentenced to 6 months, with 22 months of supervised release to follow. During the first 60 days of supervised release, Buchholz shall be placed in a secure in-patient substance abuse treatment facility as directed by his probation officer. This sentence shall run concurrently with the sentence imposed in CR-22-34-GF-BMM.

DATED this 22nd day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Courts