**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICKEY JAMES BUCHHOLZ,

Defendant.

CR-21-58-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 21, 2026. (Doc. 196.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on October 20, 2026. (Doc. 191.) The United States accused Mickey Buchholz (Buccholz) of violating the conditions of his supervised release

by: (1) using methamphetamine, with a sweat patch applied on August 6, 2026, and removed on August 14, 2026, testing positive for methamphetamine on August 27, 2026; (2) admitting to using methamphetamine on August 13, 2026, and August 27, 2026; (3) using methamphetamine, with a urinalysis test provided on September 4, 2026, testing positive for methamphetamine on September 17, 2206; and (4) admitting to using methamphetamine on September 14, 2026. (Doc. 188.)

At the revocation hearing Buchholz admitted that he had violated conditions 1-4 of the terms and conditions of his supervised release as set forth in the Petition. (Doc. 191.) Judge Johnston recommended that Buchholz be sentenced to custody of 6 months with no supervised release to follow. (Doc. 198.) Judge Johnston advised Buchholz of his right to appeal and allocute before the undersigned. (Doc. 191.)

The violations Buchholz admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 196) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Mickey James Buchholz be sentenced to custody of 6 months with no supervised release to follow.

DATED this 6th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts