# UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

UNITED STATES OF AMERICA

v.

MICKEY JAMES BUCHHOLZ

AMENDED
**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: CR 2158-GF-BMM-2
USM Number: 68151-509
R. Hank Branom
Defendant's Attorney

**THE DEFENDANT:**

| | | | |
|---|---|---|---|
| ☒ | admitted guilt to violation of condition(s) | 1-4 | of the term of supervision. |
| ☐ | was found in violation of condition(s) | | after denial of guilt. |

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 Mandatory | Use of controlled substance | 08/06/2026 |
| 2 Mandatory | Use of controlled substance | 08/31/2026 |
| 3 Mandatory | Use of controlled substance | 09/04/2026 |
| 4 Mandatory | Use of controlled substance | 09/18/2026 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 1811

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
Great Falls, Montana

November 6, 2026
Date of Imposition of Judgment

Brian Morris

Signature of Judge

Brian Morris, Chief Judge
United States District Court
Name and Title of Judge

November 9, 2026
Date

DEFENDANT: MICKEY JAMES BUCHHOLZ
CASE NUMBER: CR 21-58-GF-BMM-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 6 months to run concurrently with the sentence imposed in CR-22-54-GF-BMM.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ____________________________ to

at _________________________________, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

DEFENDANT: MICKEY JAMES BUCHHOLZ
CASE NUMBER: CR 21-58-GF-BMM-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **No Term of Supervised Release Imposed.**